# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN BROWN,<br>    Plaintiff(s),<br>v.<br>ACCESS COMMUNITY CAPITAL, et al.,<br>    Defendant(s). | Case No. 2:24-cv-01929-CDS-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Although Defendants filed motions to dismiss, Docket No. 8, a request to stay discovery has not been filed, *cf. Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). If Defendants seek a stay of discovery, they must file a motion seeking such relief by January 14, 2025. If such a motion is filed, discovery will be stayed on an interim basis pending resolution of that motion. If such a motion is not filed, a joint discovery plan must be filed by January 21, 2025.

IT IS SO ORDERED.

Dated: December 31, 2024

_____
Nancy J. Koppe
United States Magistrate Judge