# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SHAWN BROWN,

       Plaintiff(s),

v.

ACCESS COMMUNITY CAPITAL, et al.,

       Defendant(s).

Case No. 2:24-cv-01929-CDS-NJK

**Order**

[Docket No. 14]

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 14; *see also* Docket No. 8 (motion to dismiss). The Court has considered the governing test, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), and finds that a stay of discovery is warranted. Accordingly, the Court **GRANTS** the motion to stay discovery pending resolution of the motion to dismiss. In the event the underlying motion to dismiss is not granted in full, a joint status report or joint discovery plan must be filed within 14 days of the resolution of the motion to dismiss.

IT IS SO ORDERED.

Dated: January 22, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1