AKKE LEVIN
Nevada Bar No. 9102
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: (702) 792-3773
Fax: (702) 792-9002
Email: akke.levin@gtlaw.com

*Counsel for Plaintiff*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAWN BROWN, doing business as SAKARA GLOBAL,

Plaintiff

v.

ACCESS COMMUNITY CAPITAL, and NIC STEELE, in his professional capacity,

Defendants

CASE NO.: 2:24-cv-01929-CDS-NJK

**STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED between plaintiffs SHAWN BROWN and SAKARA GLOBAL INC., and defendants ACCESS COMMUNITY CAPITAL and NIC STEELE (collectively, the “Parties”), by and through their undersigned counsel, that the above-captioned matter, including all claims asserted therein, shall be dismissed with prejudice, with each Party to bear his or its own attorneys’ fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**IT IS SO STIPULATED.**

DATED this 3rd day of August, 2026.

**GREENBERG TRAURIG, LLP**

*/s/ Akke Levin*
AKKE LEVIN
Nevada Bar No. 09102
10845 Griffith Peak Dr., Ste 600
Las Vegas, NV 89135

*Attorneys for Plaintiff Shawn Brown and Sakara Global Inc.*

DATED this 3rd day of August, 2026.

**BECKSTROM & BECKSTROM, LLP**

*/James A. Beckstrom*
JAMES A. BECKSTROM, ESQ
Nevada Bar No. 14032
400 s. 4th Street, Ste. 650
Las Vegas, NV 89101

*Attorneys for Defendants Access Community Capital and Nic Steele*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

____________________________
UNITED STATES DISTRICT JUDGE

DATED: August 4, 2026